# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FRANK VICARETTI, JR.,**

        **Petitioner,**

**v.**                               **CIVIL ACTION NO. 1:10cv91**
                                             **(Judge Keeley)**

**JOEL ZIEGLER, Warden**

        **Respondent.**

## ORDER GRANTING MOTION TO SEAL

Currently pending before the Court is the Respondent's Motion, made pursuant to the E-government Act of 2002, to file documents under seal herein. Said documents have been lodged with the Clerk of this Court, pending a ruling thereon by the Court. It appearing to the Court that good cause and sufficient grounds exist for the Respondent's' Motion, it is accordingly

**ORDERED** that the Motion (Dckt. 12) be **GRANTED** and that EXHIBIT 1, and ATTACHMENTS A, B, and C, filed in support of the Respondent's Memorandum of Law in Support of Motion to Dismiss or for Summary Judgment and Response to Show Cause Order, as set forth and identified in the Respondent's Motion and currently lodged with the Clerk of this Court, be filed under seal by the Clerk to be retained by the Court as part of the record herein.

The Clerk is directed to provide an electronic copy of this Order to all counsel of record and mail a copy of this Order to the Petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**IT IS SO ORDERED.**

DATED: July 14, 2010

                                                    /s/ David J. Joel
                                                  DAVID J. JOEL
                                                  UNITED STATES MAGISTRATE JUDGE